UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAEXPORT, C.A., and INVERSIONES MARINAS DEL LAGO, C.A., Venezuelan corporations,<br><br>Plaintiffs,<br><br>vs.<br><br>MEAD CORPORATION, a California Corporation,<br><br>Defendant. | Case No. 8:16-cv-02213-JLS (JCGx)<br>Assigned to Hon. Josephine L. Staton<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br><br><br>Complaint filed: December 15, 2016<br>Trial Date: April 17, 2018 |

WHEREAS, on December 15, 2016, plaintiffs SeaExport, C.A., a Venezuelan corporation ("SeaExport"), and Inversiones Marinas del Lago, C.A., a Venezuelan corporation ("Inversiones"; and jointly with, SeaExport, "Plaintiffs") filed their Complaint against defendant Mead Corporation, a California corporation ("Mead") in the above-captioned action alleging claims for relief for: (1) Breach of Written Contract; (2) Common Counts -- Goods Sold and Delivered; (3) Common Counts -- Open Book Account; (4) Common Counts -- Account Stated; and (5) Unjust Enrichment [Dkt. No. 1];

| | |
|---|---|
| 1 | WHEREAS, Mead filed its Answer on February 22, 2017 admitting and |
| 2 | denying Plaintiffs' allegations as set forth therein, and asserting affirmative defenses |
| 3 | [Dkt. No. 14]; |
| 4 | WHEREAS, Plaintiffs and Mead report in their Stipulation for Entry of |
| 5 | Judgment that they have reached a written settlement agreement that includes the |
| 6 | entry of a Judgment in favor of Plaintiffs and against Mead in the above-captioned |
| 7 | action as set forth in their Stipulation for Entry of Judgment. |
| 8 | **NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** |
| 9 | **THAT**: |
| 10 | 1.  Plaintiffs shall have Judgment against and recover from Mead in the |
| 11 | sum of $1,000,000.00 (one million United States Dollars); |
| 12 | 2.  This Judgment is exclusive to Plaintiffs and is non-transferrable and |
| 13 | non-assignable; |
| 14 | 3.  The parties shall bear their own fees and costs. |
| 15 | Dated: January 16, 2018 |
| 16 | |
| 17 | HON. JOSEPHINE L. STATON |
| | UNITED STATES DISTRICT JUDGE |
| 18 | |